**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Oscar SANDOVAL, Defendant–Appellant.**

**No. 06–50113.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 6, 2007.*

Filed Feb. 23, 2007.

Jason M. Ohta, Esq., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Gary P. Burcham, Esq., San Diego, CA, for Defendant–Appellant.

Before: KOZINSKI and TROTT, Circuit Judges, and BEISTLINE **, District Judge.

MEMORANDUM ***

Given the record before us, we cannot conclude that the district court abused its discretion when it determined there was no basis for granting defendant's untimely motion to substitute counsel. *See United States v. McClendon,* 782 F.2d 785, 789 (9th Cir.1986). Second, because there was no plea agreement on the table, the district court did not violate Fed. R.Crim. Pro. 11(c)(1) during its discussions with Sandoval. *See United States v. Garfield,* 987 F.2d 1424, 1426–27 (9th Cir.1993). Third, by stipulating that the fact of his prior conviction could be read to the jury, defendant waived the right to contest admission of this evidence under Federal Rule of Evidence 609(a)(1). *See Ohler v. United States,* 529 U.S. 753, 755–59, 120 S.Ct. 1851, 146 L.Ed.2d 826 (2000); *United States v. Jimenez,* 214 F.3d 1095, 1098 (9th Cir.2000). Finally, defendant has not made any showing that the result of his trial would have been different if he had access to non-redacted copies of the lab reports. As such, the government did not violate *Brady v. State of Maryland,* 373 U.S. 83, 83 S.Ct. 1194, 10 L.Ed.2d 215 (1963). *See Strickler v. Greene,* 527 U.S. 263, 280–82, 119 S.Ct. 1936, 144 L.Ed.2d 286 (1999).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Ralph R. Beistline, United States District Judge for the District of Alaska, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.